IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| METRiX TECHNOLOGIES, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. AW 04cv1364 |
| ) | |
| JAY H. BEECHAM, *et al.* ) | |
| ) | |
| Defendants ) | |

**DEFENDANTS' MOTION TO DISMISS
PURSUANT TO RULE 12(b)(6)**

Come now the Defendants, JAY H. BEECHAM, MIRIAM BERTSCH and 3 SYNERGIES, INC. (collectively, "Defendants"), by their undersigned counsel, and respectfully submit their Motion to Dismiss Pursuant to Rule 12(b)(6) and, in support thereof, respectfully state as follows:

1. The Defendants have, contemporaneously with the filing of the instant Motion, filed a Memorandum of Law in support of this Motion, the substance of which is incorporated herein by reference.

2. For reasons set forth in detail in the associated Memorandum, the Defendants move to dismiss the Plaintiff's Complaint pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

                                                THOMAS D. MURPHY, Atty. No. 01039

                                                JAMES A. MOOD, JR., Atty. No. 11990
                                                Murphy & Mood, P.C.
                                                Adams Law Center
                                                31 Wood Lane
                                                Rockville, Maryland 20850
                                                301-424-0400
                                                Attorneys for Defendants

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 24th day of May, 2004, that a copy of the foregoing Motion was mailed by first class mail, postage prepaid, to the following:

                    Mitchell J. Rotbert, Esquire
                    John A. Bonello, Esquire
                    The Rotbert Law Group, LLC
                    111 Rockville Pike, Suite 400
                    Rockville, Maryland 20850
                    Attorney for Plaintiff

                                                THOMAS D. MURPHY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| METRiX TECHNOLOGIES, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. AW 94CV1364 |
| | ) | |
| JAY H. BEECHAM, *et al.* | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

Upon consideration of the Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6), the Memorandum of Law in support thereof and any opposition thereto, it is thereupon on this _____ day of _____, 2004, by the United States District Court for the District of Maryland,

ORDERED, that Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) be and the same is hereby GRANTED; and it is further,

ORDERED, that the Plaintiff's Complaint in this matter be and is hereby DISMISSED WITH PREJUDICE.

_____
JUDGE, United States District Court for
the District of Maryland